UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON MATREZ HOLLOWELL,

        Plaintiff,

v.

                                         Case Number 18-10185
                                         Honorable David M. Lawson

HELVEY AND ASSOCIATES, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

On May 17, 2018, the parties notified the Court by email that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before June 20, 2018**.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated:  May 21, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 21, 2018.

                                s/Susan Pinkowski
                                SUSAN PINKOWSKI